Lisa LESLIE, Respondent,

v.

Michael LESLIE, Appellant.

WD 77341

Missouri Court of Appeals,
Western District.

ORDER FILED: November 25, 2014

Lisa Leslie, Kansas City, MO, Respondent, pro se,

Cynthia K. Wallace, Kansas City, MO, Attorney for Appellant.

Before Division Three: Karen King Mitchell, Presiding Judge, and Cynthia L. Martin and Gary D. Witt, Judges

### Order

Per Curiam:

Michael Leslie (Father) appeals the trial court's judgment modifying the amount of child support (to reflect college expenses of the children) he was ordered to pay to Lisa Leslie (Mother). Father challenges the court's decision to modify child support as being outside the scope of the motion, against the weight of the evidence, and a misapplication of law. He further challenges the court's award of attorney fees to Mother, claiming that the award was outside the scope of the motion and not supported by sufficient evidence. We affirm. Rule 84.16(b).

■

EDMONDS DENTAL COMPANY,
INC., Appellant,

v.

Elbert KEENER, III and Division
of Employment Security,
Respondents.

WD 76867

Missouri Court of Appeals,
Western District.

FILED: November 25, 2014

Paul W. King, Springfield, MO and Richard L. Rollings, Jr., Camdenton, MO, for appellant.

Elbert L. Keener, III, Pro Se, Harrison, AR; Bart A. Matanic, Jefferson City, MO, for respondent.

Before Division Four: Alok Ahuja, C.J., Cynthia L. Martin, J. and Wayne P. Strothmann, Sp. J.

### ORDER

PER CURIAM:

Edmonds Dental Company ("EDC") appeals a decision of the Labor and Industrial Relations Commission, which held that Elbert Keener was not disqualified for unemployment benefits, because EDC had failed to prove that he was discharged for misconduct connected with work. We affirm. Because a published opinion would have no precedential value, an unpublished memorandum setting forth the reasons for this order has been provided to the parties. Rule 84.16(b).